IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    James A Lemma | : | Chapter |
| | : | |
|    Debtor(s) | : | Case No.: 25-13822 DJB |

## OBJECTION TO PROOF OF CLAIM #8-1
## FILED BY CAVALRY SPV I, LLC

Debtor, James A Lemma, by their attorney Brad J. Sadek, hereby objects to the Proof of Claim No. 8-1 filed on behalf of CAVALRY SPV I, LLC, and in support thereof avers the following:

1. Debtor filed a Chapter 13 Bankruptcy Petition on September 22, 2025.

2. Creditor, CAVALRY SPV I, LLC, filed an unsecured Proof of Claim (#8-1) on December 1, 2025 in the amount of $5,820.93. See Exhibit "A"

3. By 42 Pa. Consol. Stat. § 5525(a), this debt is outside the four year statute of limitations more than four years prior to the bankruptcy filing.

4. Per the supportive documents included with Proof of Claim #8-1, no payments on the debtor's account were made since July 7, 2015, more than four years prior the petition date.

5. Since the debt is not legally enforceable against the Debtor, the Proof of Claim of CAVALRY SPV I, LLC should be expunged.

**WHEREFORE**, Debtor, James A Lemma, by and through the undersigned counsel, respectfully requests this Honorable Court to enter an Order disallowing Proof of Claim #8-1 of CAVALRY SPV I, LLC in its entirety.

Dated: January 9, 2026

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esquire
Attorney for the Debtor(s)
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102