**Fill in this information to identify the case:**

Debtor 1: James A Lemma

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number: 25-13833

Official Form 410

# Proof of Claim
04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Cavalry SPV I, LLC as assignee of Citibank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Citibank, N.A.

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Cavalry SPV I, LLC — Name
P.O. Box 4252 — Number Street
Greenwich   CT   06831-2200 — City State ZIP Code
Contact phone: (800) 501-0909 x53450
Contact email: bankruptcy@cavps.com

Where should payments to the creditor be sent? (if different)
Cavalry SPV I, LLC — Name
P.O. Box 27288 — Number Street
Tempe   AZ   85285 — City State ZIP Code
Contact phone: (800) 501-0909 x53450
Contact email: bankruptcy@cavps.com

Uniform claim identifier (if you use one):
C P S C A V 2 5 1 3 8 3 3 P A P 9 0 5 3 5 8 6 6

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410              Proof of Claim              page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5__ __8__ __6__ __6__ |
|---|---|---|
| 7. | How much is the claim? | $ __$5,820.93_____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br><center>**See Exhibit A attached**</center> |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>__CREDIT CARD_____ |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                  $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Case 25-13833-djb  Doc 11  Filed 10/10/25  Desc Main Document  Page 3 of 9
Case 25-13833-djb  Claim 2-1  Filed 10/09/25  Desc Main Document  Page 3 of 4
Exhibit    Page 3 of 9

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check one: | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  __12/1/2025__
                   MM / DD / YYYY

__/s/ Stephen Gordon__
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Stephen | | Gordon |
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Cavalry Portfolio Services, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | P.O. Box 4252 | | |
| | Number   Street | | |
| | Greenwich | CT | 06831-2200 |
| | City | State | ZIP Code |
| Contact phone | (800) 501-0909 x53450 | Email | |

Official Form 410                   Proof of Claim                   page 3

Contract ID: CVIMU1AB032817
Document ID: 032017CVIMU1XBB1
Document ID: 032017CVIMU1SBB1

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated March 30, 2017, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Cavalry SPV I, LLC, organized under the laws of the State of Delaware, with its headquarters/principal place of business at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated March 28, 2017, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

**Citibank, N.A.**

By: _____
(Signature)

Name: ____Sean M. Cooney, SVP____
GEID: 1010710247
Citibank, N.A.
11600 NW Ambassador Drive, Ste. 400
Kansas City, MO 64153
Title: ____sean.m.cooney@citi.com____
816-505-6188

Contract ID: CVIMU1AB032817
Document ID: 032017CVIMU1XBA1
Document ID: 032017CVIMU1SBA1

# EXHIBIT 1
## ASSET SCHEDULE

The individual Accounts transferred are described in the final electronic file and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 03/20/2017 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 03/20/2017 |



# Account Summary

James A Lemma    231 S CEDAR LN   UPPER DARBY, PA 190822807

| | |
|---|---|
| **Cavalry Claim Balance:** | $5,820.93 |

**Statement Summary (as itemized on the attached statement)**

| | |
|---|---|
| **Statement Beginning Balance:** | $5,772.50 |
| **Statement Payments:** | $0.00 |
| **Statement Credits/Adjustments:** | $0.00 |
| **Statement Purchases/Cash Advances:** | $0.00 |
| **Statement Interest Amount:** | $48.43 |
| **Statement Fees Amount:** | $0.00 |
| **Statement Ending Balance:** | $5,820.93 |

**Post Charge-Off Summary**

| | |
|---|---|
| **Post Charge-Off Credits/Adjustments:** | $0.00 |
| **Post Charge-Off Payments:** | $0.00 |

| | |
|---|---|
| **Name of the entity from whom the creditor purchased the account** | Citibank, N.A. |
| **Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account** | Citibank, N.A. |
| **Last Transaction Date** | 07/30/2015 |
| **Last Payment Date** | 07/08/2015 |
| **Account Charge Off Date** | 02/10/2016 |

Case 25-13833-djb Claim 8-1 Filed 10/09/25 Desc Main Document 13:26:42 Page 7 of 9
Case 25-13833-djb Doc 2011 Filed 10/09/25 Desc Main Document Page 7 of 9
Exhibit    Page 7 of 9

# Exhibit A

Attachment Re: Part 2, Question 7

Pursuant to Maddux v. Midland Credit Mgmt., Inc. (In re Maddux), 567 B.R. 489 (Bankr. E.D. Va. 2016) and Derby v. Portfolio Recovery Associates, LLC (In re Derby), Case No. 17-34385; Adv. Pro. No. 18-03097-KLP (Order Entered October 21, 2019 Bankr. E.D. Va.), Cavalry SPV I, LLC ("Cavalry") makes the following disclosure:

Cavalry acquired the balance as principal. Cavalry's claim includes previously accrued interest and fees as listed on the attached Account Summary taken from the attached statement. Cavalry has not added any interest, fees or other charges since acquisition of the balance.

# Citi® Diamond Preferred® Card

**JAMES A LEMMA**
Member Since 2007  Account number ending in: 4343
Billing Period: **12/11/15-01/12/16**

**How to reach us**
www.citicards.com
1-800-846-8444
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $5,820.93 |
| New balance: | $5,820.93 |
| Payment due date: | 02/08/16 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 1 month(s) | $5,821 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $745.30 and an overlimit amount of $420.93.

### Account Summary
| | |
|---|---|
| Previous balance | $5,772.50 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$48.43 |
| **New balance** | **$5,820.93** |

### Credit Limit
Credit limit  $5,400
Includes $900 cash advance limit



**Savings Spotlight**

**Your Diamond Preferred Lifetime Savings:**

**$188.55**

See page 3 to view your Savings Summary.

---

 Pay online  www.citicards.com

 Pay by phone  1-800-846-8444

✉ **Pay by mail**  Use this coupon
- Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $5,820.93 |
| New balance | $5,820.93 |
| Payment due date | 02/08/16 |

**Amount enclosed:**

Account number ending in 4343

JAMES A LEMMA
7017 EMERSON AVE
UPPER DARBY  PA  19082

CITI CARDS
PO BOX 9001037
Louisville, KY 40290-1037

Case 25-13833-jdb Doc 2011 Filed 10/10/25 Entered 10/10/25 13:26:42 Page 9 of 9
Case 25-13833-jdb Claim 2011 Filed 10/10/25 Desc Main Document Page 9 of 9
Exhibit Page 9 of 9

JAMES A LEMMA

www.citicards.com
1-800-846-8444

Page 2 of 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Fees charged** | | | |
| | | Total fees charged in this billing period | $0.00 |
| **Interest charged** | | | |
| Date | | Description | Amount |
| 01/12 | | INTEREST CHARGED TO STANDARD PURCH | $48.43 |
| | | Total interest charged in this billing period | $48.43 |

### 2016 totals year-to-date

| Total fees charged in 2016 | $0.00 |
|---|---|
| Total interest charged in 2016 | $48.43 |

### Interest charge calculation

Days in billing cycle: **33**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.24% (V) | $5,795.95 (D) | $48.43 |
| ADVANCES | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

**SAVINGS SPOTLIGHT DETAILS**

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Minimum Payment Due includes past due amounts. Your account may be with a collection vendor and when you call our number, you may be referred to the vendor. Please call the toll-free number shown above Monday-Thursday 8am to 6 pm or Friday 8 am to 5 pm, Central time. 1-800-846-8444



## Savings Spotlight

### Your Citi® Diamond Preferred® Savings Summary

**Citi Diamond Preferred Lifetime Savings**

■ Interest: $188.55

**CITI DIAMOND PREFERRED LIFETIME SAVINGS: $188.55**

See Account Messages for more information about Savings Spotlight