IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     James A Lemma | : | Chapter |
| | : | |
|     Debtor(s) | : | Case No.: 25-13822 DJB |

## **ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration of the Debtor's Objection to Proof of Claim #8-1, filed by CAVALRY SPV I, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #8-1 is disallowed in its entirety.

Further Ordered:

Dated:                                HONORABLE JUDGE DEREK J. BAKER
                                             UNITED STATES BANKRUPTCY JUDGE