## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| James A Lemma | : | Chapter |
| | : | |
| Debtor(s) | : | Case No.: 25-13822 DJB |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim and Notice was served on the following parties by electronic means and/or regular US mail on January 9, 2026:

**Kenneth West Esq.**
Standing Chapter 13 Trustee

**CAVALRY SPV I, LLC**
PO Box 4252
Greenwich, CT 06831
Att: Stephen Gordon
--
1 American Lane
Suite 220
Greenwich, CT 06831
Att: Jeremy Zaro, CEO

/s/ Brad J. Sadek

Date: January 9, 2026

Brad J Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102
215-545-0008